**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Joel D. Mallory, Jr. v. Arctic Pipe Inspection Company, Inc.

Appellate case number:    01-12-00979-CV

Trial court case number:  0406321a

Trial court:              129th District Court of Harris County

On April 8, 2014, Appellee, Arctic Pipe Inspection Company, Inc., filed a Motion for Substitution of Counsel. The motion is **GRANTED**. The Clerk of this Court is instructed to remove Lauren E. Braddy and to add J. Reid Simpson for all notices sent on this appeal.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
              ☑ Acting individually      ☐ Acting for the Court

Date: April 22, 2014